# Ballard Spahr
LLP

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Thomas B. Sullivan
Tel: 212.850.6139
Fax: 212.223.1942
sullivant@ballardspahr.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/13/2021

July 12, 2021

*By Electronic Filing*

Application GRANTED. SO ORDERED.
Dated: July 13, 2021

Hon. Stewart D. Aaron
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1970
New York, NY 10007

Re: *Carman v. Audacy New York, LLC*, No. 21 Civ. 4501 (VEC) (SDA)

Dear Judge Aaron:

    We represent Defendant Audacy New York, LLC ("Defendant") in this matter. With the consent of counsel for Plaintiff, we respectfully write on behalf of both parties to request that the telephonic settlement conference currently scheduled for July 19, 2021 at 2:00 pm be adjourned without date. The parties have not previously requested an adjournment of this settlement conference. The parties request this adjournment because they have reached an agreement in principle to resolve this case in its entirety. We thank the Court for its consideration of our request.

    Respectfully submitted,

    Thomas B. Sullivan

cc: All counsel of record (via ECF)